UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOYAGEUR OUTWARD BOUND SCHOOL**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES**, *et al.*,<br><br>Defendants,<br><br>v.<br><br>**TWIN METALS MINNESOTA LLC**, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:18-cv-01463 (TNM)<br>1:18-cv-01496 (TNM)<br>1:18-cv-01499 (TNM) |

# ORDER

Having reviewed the parties' Cross-Motions for Summary Judgment, the Court requests additional briefing regarding whether (1) Plaintiffs have standing on Count I of their respective complaints, that is whether they may challenge the Bureau of Land Management's (BLM) authority to issue the 2017 M-Opinion and withdraw the 2016 M-Opinion; and (2) the Court must find that there was a legal error in the 2016 M-Opinion before determining that BLM had inherent authority to reconsider, *see Belville Min. Co. v. United States*, 999 F.2d 989, 999 (6th Cir. 1993) (quoting *McAllister v. United States*, 3 Cl. Ct. 394, 398 (1983)). Therefore, it is hereby

**ORDERED** that Plaintiffs shall submit briefing to the Court regarding the above-mentioned issues on or before January 17, 2020; it is further

2

**ORDERED** that the Federal Defendants and Defendant-Intervenors shall submit their response, if any, to Plaintiffs' brief on or before January 31, 2020; it is further

**ORDERED** that Plaintiffs shall submit any reply on or before February 7, 2020.

**SO ORDERED**.

Dated: January 3, 2020

TREVOR N. McFADDEN
United States District Judge