**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**VOYAGEUR OUTWARD BOUND
SCHOOL,** *et al.*,

               Plaintiffs,

        v.

**UNITED STATES,** *et al.*,

               Defendants,

        v.

**TWIN METALS MINNESOTA
LLC,** *et al.*,

               Defendant-Intervenors.

Case No. 1:18-cv-01463 (TNM)

**WILDERNESS SOCIETY,** *et al.*,

               Plaintiffs,

        v.

**RYAN ZINKE,** *et al.*,

               Defendants,

        v.

**TWIN METALS MINNESOTA
LLC,** *et al.*,

               Defendant-Intervenors.

Case No. 1:18-cv-01496 (TNM)

**FRIENDS OF THE BOUNDARY WATERS WILDERNESS**, *et al.*,

Plaintiffs,

v.

**BUREAU OF LAND MANAGEMENT**, *et al.*,

Defendants,

v.

**TWIN METALS MINNESOTA LLC**, *et al.*,

Defendant-Intervenors.

Case No. 1:18-cv-01499 (TNM)

## <u>ORDER</u>

Upon consideration of the parties' cross-motions for summary judgment, the pleadings, relevant law, related legal memoranda in opposition and in support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is DENIED; it is further

**ORDERED** that Defendant-Intervenors' Motion to Dismiss is DENIED; it is further

**ORDERED** that Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment are GRANTED.

**SO ORDERED**.

This is a final, appealable order.  The Clerk is directed to close these cases.

Dated: March 17, 2020

_____
TREVOR N. McFADDEN
United States District Judge