# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VOYAGEUR OUTWARD BOUND SCHOOL**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES**, *et al.*,<br><br>    Defendants,<br><br>v.<br><br>**TWIN METALS MINNESOTA LLC**, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-01463 (TNM) |
| **WILDERNESS SOCIETY**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**DAVID BERNHARDT**, *et al.*,<br><br>    Defendants,<br><br>v.<br><br>**TWIN METALS MINNESOTA LLC**, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-01496 (TNM) |

| | |
|---|---|
| **FRIENDS OF THE BOUNDARY WATERS WILDERNESS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BUREAU OF LAND MANAGEMENT**, *et al.*, <br><br> Defendants, <br><br> v. <br><br> **TWIN METALS MINNESOTA LLC**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-01499 (TNM) |

| | |
|---|---|
| JOSEPH ALEXANDER WARD <br> (DC BN 463927) <br> AlexWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Avenue, NW <br> Washington, DC 20006 <br> Telephone: (202) 887-1574 <br> Facsimile: (202) 887-0763 | THOMAS B. HEFFELFINGER <br> Admitted *pro hac vice* <br> AMY S. CONNERS <br> Admitted *pro hac vice* <br> BEST & FLANAGAN LLP <br> 60 South Sixth Street <br> Suite 2700 <br> Minneapolis, MN 55402 <br> Telephone: (612) 339-7121 |

Attorneys for Plaintiffs VOYAGEUR OUTWARD BOUND SCHOOL, PIRAGIS NORTHWOODS COMPANY, INC., ELY OUTFITTING COMPANY & BOUNDARY WATERS GUIDE SERVICE, WENONAH CANOE, INC., NORTHSTAR CANOE, SAWBILL CANOE OUTFITTERS, INC., HUNGRY JACK OUTFITTERS, WOMEN'S WILDERNESS DISCOVERY, RIVER POINT RESORT AND OUTFITTING COMPANY, and NORTHEASTERN MINNESOTANS FOR WILDERNESS.

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NOTICE IS HEREBY GIVEN under Rules 3(a)(1) and 4(a)(1)(B) of the Federal Rules of Appellate Procedure that Plaintiffs Voyageur Outward Bound School, Piragis Northwoods Company, Inc., Ely Outfitting Company & Boundary Waters Guide Service, Wenonah Canoe, Inc., Northstar Canoe, Sawbill Canoe Outfitters, Inc., Hungry Jack Outfitters, Women's Wilderness Discovery, River Point Resort and Outfitting Company, and Northeastern Minnesotans for Wilderness in the

above named consolidated cases hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion of the District Court (Docket Nos. 81 and 82) entered on March 17, 2020, denying the plaintiffs' motion for summary judgment and granting the defendants' and defendant-intervenors' cross-motions for summary judgment, and any and all other orders and/or rulings adverse to plaintiffs, including but not limited to the District Court's April 8, 2019 Order denying plaintiffs' motion to compel completion of the administrative record (Docket No. 60).

Dated: April 17, 2020

Respectfully submitted,

JOSEPH ALEXANDER WARD
THOMAS B. HEFFELFINGER
AMY S. CONNERS

By: */s/ J. Alex Ward*
    Joseph Alexander Ward

Attorneys for plaintiffs VOYAGEUR OUTWARD BOUND SCHOOL, PIRAGIS NORTHWOODS COMPANY, INC., ELY OUTFITTING COMPANY & BOUNDARY WATERS GUIDE SERVICE, WENONAH CANOE, INC., NORTHSTAR CANOE, SAWBILL CANOE OUTFITTERS, INC., HUNGRY JACK OUTFITTERS, WOMEN'S WILDERNESS DISCOVERY, RIVER POINT RESORT AND OUTFITTING COMPANY, and NORTHEASTERN MINNESOTANS FOR WILDERNESS